# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **8:26-cv-02027-FMO-DTB** Date: **September 28, 2026**

Title: **Hoang Kim Tran v. Staton Sheriffs Dept., et al**

============================================================

**DOCKET ENTRY**

============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 23, 2026, Plaintiff filed a Civil Rights Complaint (Docket No. 1), along with a Request to Proceed Without Prepayment of Filing Fees ("IFP Application") (Docket No. 2). On August 4, 2026, the Court issued an Order postponing ruling on Plaintiff's IFP Application for failure to provide the Court with the necessary information for ruling on the same ("August 4, 2026 Order"). Plaintiff was ordered to provide the Court with a certified copy of his trust fund statement for the last six months, the certificate of authorized officer, and an authorization to disburse funds from his trust account.

On August 24, 2026, Plaintiff returned the Court's August 4, 2026 Order, attaching his Inmate Message Slip to the Jail Cashier, as well as an Inmate Cashiering Transaction Log.

On August 25, 2026, the Court advised Plaintiff that he had not provided the required information and, therefore, the Court again postponed ruling on his IFP Application. (Docket No. 7).

The Clerk provided Plaintiff a blank CV60-P form for him to utilize and the Court advised Plaintiff that he **must** have a prison or jail official complete the certification section of the CV60-P form and also attach to the CV60-P form, a certified copy of his prison or jail trust account statement for the **six months immediately** preceding the filing of the complaint. (Id.). Plaintiff was further advised that if he submits an

incomplete CV60-P form, or does not submit a prison or jail trust account statement, his request to proceed without prepayment of the filing fees may be denied.

Plaintiff has failed to provide the Court with the necessary information. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **October 19, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a CV60-P form, which includes a prison or jail official's certification and a certified copy of Plaintiff's prison or jail trust account statement for the **six months immediately** preceding the filing of the complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). **A notice of dismissal form is attached for Plaintiff's convenience.**

Plaintiff is warned that a failure to timely respond to this Order to Show Cause **will** result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED**.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ______________________ PLAINTIFF/PETITIONER<br>v.<br>______________________ DEFENDANT(S) | CASE NUMBER ______________________<br>**PRISONER'S REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT** |

***INSTRUCTIONS:*** *This form has two sections. Everyone who submits this form to the Court must complete Section 1, answering all questions and signing to declare, under penalty of perjury, that the answers given are true. Whether Section 2 must be completed depends on the institution where you are confined. If you are incarcerated at:*

| ***PLACE OF INCARCERATION*** | ***INSTRUCTIONS*** |
|---|---|
| *California State Prison, Los Angeles County*<br>*California Men's Colony*<br>*California Institution for Men*<br>*California Institution for Women*<br>*California Rehabilitation Center*<br>*Chuckwalla Valley State Prison*<br>*Ironwood State Prison* | *DO NOT COMPLETE SECTION 2. Leave Section 2 blank. Do NOT have the institution fill out Section 2 and do NOT attach a certified copy of your prison trust account statement. After you submit this application, the Court will (if necessary for your case) direct the California Department of Corrections & Rehabilitation to submit a certified prison trust account statement for you directly to the Court.* |
| *ANY OTHER INSTITUTION* | *Have your institution COMPLETE SECTION 2 and return the signed form and a certified copy of your prison trust account statement to you. Send the signed form and the certified trust account statement to the Court with your complaint.* |

## SECTION 1

1. Where are you currently incarcerated? ______________________

2. Are you currently employed in prison? ☐ Yes ☐ No
   If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
   ______________________

3. Have you received, within the past twelve months, any money from any of the following sources?
   Business, profession or form of self-employment? ☐ Yes ☐ No
   Rent payments, interest or dividends? ☐ Yes ☐ No
   Pensions, annuities or life insurance payments? ☐ Yes ☐ No
   Gifts or inheritances? ☐ Yes ☐ No
   Any other income (other than listed above)? ☐ Yes ☐ No
   Loans? ☐ Yes ☐ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ______________________
   ______________________
   ______________________

4. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☐ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   ______________________________________________

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

   If the answer is yes, describe the property and state its approximate value: ______________

   ______________________________________________

6. In what year did you last file an Income Tax Return? ______________
   Approximately how much income did your last tax return reflect? ______________

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   ______________________________________________

   ______________________________________________

## DECLARATION AND AUTHORIZATION

By signing below, I declare under penalty of perjury that:

1. I am the plaintiff/petitioner in this case;
2. because of my poverty, I am unable to pay the full costs of these proceedings or to give security therefor;
3. I believe that I am entitled to redress; and
4. all answers given above are true, correct, and complete.

I understand that a false statement or answer to any question in this declaration may subject me to penalties for perjury, which is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000.

I also understand that, unless my request to proceed without prepayment of filing fees relates to a petition for habeas corpus relief, if my request is granted **I will be required to pay the full amount of the filing fees for this case in installments over time**, regardless of my forma pauperis status or whether I am successful in this case. I therefore authorize the prison officials at this institution to assess, collect, and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account, as provided in 28 U.S.C. § 1915.

I also authorize my institution to provide to the Court a certified copy of my prison trust account statement, for activity covering the last six months, if the Court contacts my institution to request this information.

*Please indicate the city or county and the state where you are located at the time you sign this declaration, then date and sign below.*

______________________ ______________________
City or County State

**I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

______________________ ______________________
Date Plaintiff/Petitioner (Signature)

**SECTION 2**

*DO NOT COMPLETE THIS SECTION IF*
*THE PLAINTIFF/PETITIONER IS INCARCERATED AT ONE OF THE FOLLOWING INSTITUTIONS:*

*California State Prison, Los Angeles County*
*California Men's Colony*
*California Institution for Men*
*California Institution for Women*
*California Rehabilitation Center*
*Chuckwalla Valley State Prison*
*Ironwood State Prison*

**CERTIFICATE OF AUTHORIZED OFFICER**

I hereby certify that _____________________________________________ , the Plaintiff in this case, has credit in the sum of $ ____________________ on account at ___________________________________________________, the institution where Plaintiff is confined.

I further certify that during the past six months the Plaintiff's average monthly balance was $________ . I further certify that during the past six months the average of monthly deposits to the Plaintiff's account was $ __________ .

A certified copy of the Plaintiff's trust account statement for the last six (6) months is attached.

______________________________
Date

______________________________
Authorized Officer of Institution (Signature)

______________________________
Authorized Officer of Institution (Print Name)